

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2015

No. 04-15-00011-CV

**IN THE INTEREST OF A.V. AND A.V.,** Children,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-17414
Honorable Gloria Saldana, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to April 22, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    Yvonne Trevino                      Jessica Leigh Lambert
           Law Office Yvonne J. Trevino        The Lambert Law Firm
           5545 Fredericksburg Rd, Suite 210   118 E. Ashby Place
           San Antonio, TX 78229-3574       San Antonio, TX 78212